In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of MART WATERMAN HOLDING CORP., Respondent. FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— Appeal from a decision of the Unemployment Insurance Appeal Board which held that respondent did not employ four or more persons for the statutory period (Labor Law, § 502, subds. 1, 3, ¶ 3), and did not come within the act providing for unemployment insurance. Respondent operated a business building in the city of New York and regularly employed three persons. During June, 1937, one of these employees was given a vacation for two weeks with pay, and a substitute was hired to take his place. The same treatment was accorded another employee during the month of July. The Board has held that under these circumstances the respondent did not employ four or more persons so as to come within the statute. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of BENJAMIN SEIDES, Respondent. FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— The Unemployment Insurance Appeal Board has determined that respondent is not the successor in interest of the corporation Elseid, Inc. The evidence sustains the findings. Decision unanimously affirmed, with costs against the Industrial Commissioner. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.